# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

---

YPSILANTI TOWNSHIP CITIZENS FOR RESPONSIBLE GOVERNMENT, ballot question committee,

        Plaintiff,

v.

JOCELYN BENSON, in her official capacity as Secretary of State of Michigan, CHARTER TOWNSHIP OF YPSILANTI, and HEATHER JARRELL ROE, in her official capacity as Ypsilanti Township Clerk.

        Defendants.

Case No. 2:22-cv-10614-SFC-CI

Hon. Sean F. Cox

---

| | |
|---|---|
| Hannah Stocker (P82847)<br>Attorneys for Plaintiffs<br>23332 Farmington Road #98<br>Farmington, MI 48336<br>(248) 252-6405 (phone)<br>hannah@stockerlawpllc.com | James E. Tamm (P38154)<br>Richard V. Stokan, Jr (P61997)<br>Maxwell G. Shuart (P85692)<br>Kerr, Russell and Weber, PLC<br>Attorney for Defendants Roe and Charter Township of Ypsilanti<br>500 Woodward Ave, Ste. 2500<br>Detroit, MI 48226<br>(313) 961-0200 (phone)<br>(313) 961-0388 (facsimile)<br>jtamm@kerr-russell.com<br>rstokan@kerr-russell.com<br>mhuart@kerr-russell.com |
| Heather S. Meingast (P55439)<br>Erik A. Grill (P64713)<br>Assistant Attorneys General | |

Attorneys for Defendant Benson
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659 (phone)
(517) 335-7640 (facsimile)
meingasth@michigan.gov
grille@michigan.gov

### PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiff, by and through its attorney, Hannah Stocker, hereby moves under LR 7.1(c)(3)(A) for leave to file a brief in support of its Renewed Motion for Preliminary Injunction that exceeds the 25 page limit.

Plaintiff seeks to file a brief that is 27 pages, which is warranted given the complexity of the legal issues involved in this action and the significance of the issues that are addressed.

For these reasons, Plaintiff respectfully requests that this Court grant its Motion for leave to exceed page limitation.

Respectfully Submitted,

Dated: April 18, 2022

By: /s/ Hannah Stocker
_____
Hannah Stocker (P82847)
23332 Farmington Road, #98
Farmington, MI 48336
(248) 252-6405 (telephone)
Hannah@stockerlawpllc.com