UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ypsilanti Township Citizens for
Responsible Government,

    Plaintiff,

                            Civil Case No. 22-10614

v.

Jocelyn Benson, in her official         Sean F. Cox
capacity as Secretary of State of      United States District Court Judge
Michigan, *et al.*,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S
### RENEWED MOTION FOR PRELIMINARY INJUNCTION

This Court having had held two conferences with counsel regarding Plaintiff's request for preliminary injunctive relief in this case, and the parties having completed the briefing on Plaintiffs' Renewed Motion for Preliminary Injunction, with no party having requested an evidentiary hearing, and Plaintiff's counsel and defense counsel having contacted the Court requesting that the Court apprise them of its ruling on the motion as soon as possible, and mindful that one or more of the parties may wish to seek an interlocutory appeal of this Court's ruling, the Court hereby **ORDERS** that Plaintiff's Renewed Motion for Preliminary Injunction is **DENIED.** The Court is denying the motion because it concludes that Plaintiff has not met its burden of establishing that it is entitled to the preliminary injunctive relief sought by Plaintiff in Plaintiff's Renewed Motion for Preliminary Injunction. This Court will issue a Memorandum Opinion shortly, setting forth more fully the Court's analysis and reasoning as to its decision on

this motion.

**IT IS SO ORDERED.**

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: May 11, 2022