# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

YPSILANTI TOWNSHIP CITIZENS FOR
RESPONSIBLE GOVERNMENT, ballot
question committee,

    Plaintiff,

vs.

JOCELYN BENSON, in her official capacity
as Secretary of State of Michigan,
CHARTER TOWNSHIP OF YPSILANTI,
and HEATHER JARRELL ROE, in her
official capacity as Ypsilanti Township
Clerk,

    Defendants.

Case No.: 22-cv-10614
Hon. Sean F. Cox

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Ypsilanti Township Citizens for Responsible Government and Co-Defendants Charter Township of Ypsilanti, Clerk Heather Jarrell Roe, and Secretary of State Jocelyn Benson, having stipulated to the entry of this Order of Dismissal, and the Court otherwise fully advised on the premises;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs or fees to any party.

Dated: June 16, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

{39751/1/D1726031.DOCX;1}

**Stipulated and Agreed to by:**

| KERR, RUSSELL AND WEBER, PLC | MICHIGAN DEPARTMENT OF ATTORNEY GENERAL |
|---|---|
| */s/ James E. Tamm* <br> James E. Tamm (P38154) <br> Maxwell G. Shuart (P85692) <br> 500 Woodward Ave., Ste. 2500 <br> 313-961-0200 <br> Detroit, MI 48226 <br> jtamm@kerr-russell.com <br> *Attorneys for Co-Defendants Charter Township of Ypsilanti and Heather Jarrell Roe* | */s/ Erik A. Grill (w/ permission)* <br> Erik A. Grill (P64713) <br> Heather S. Meingast (P55439) <br> P.O. Box 30736 <br> Lansing, Michigan 48909 <br> 517-335-7659 <br> grille@michigan.gov <br> *Attorneys for Co-Defendant Jocelyn Benson* |

STOCKER LAW, PLLC

*/s/ Hannah Stocker (w/ permission)*
Hannah Stocker (P82847)
23332 Farmington Road #98
Farmington, MI 48336
248-252-6405
hannah@stockerlawpllc.com
*Attorney for Plaintiff*
*Ypsilanti Township Citizens for Responsible Government*

Dated:  June 6, 2022